OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL. 02. 2015

**6/29/2015**
**FORD, DARREN**          **Tr. Ct. No. 132776801010-A**          **WR-83,320-01**

On this day, this Court has denied "APPLICANT'S MOTION REQUESTING AN EXTENSION OF TIME FOR FILING HIS MOTION REQUESTING EN BANC REHEARING".

Abel Acosta, Clerk



DARREN FORD
IIT - TDC # 1789075